**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RYAN HESS, Carolyn Johnson, Thomas McKee, and Barbara Moss, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>Defendant. | No. 1:22-cv-2131<br><br>Hon. Manish S. Shah |

**THIRD UNCONTESTED MOTION FOR AN**
**EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant 7-Eleven, Inc. ("7-Eleven"), by its undersigned attorneys and under Fed. R. Civ. P. 6(b), respectfully requests that the Court extend 7-Eleven's time to respond to the Complaint by 14 days, from July 25, 2022, to August 8, 2022. In support, 7-Eleven states:

1. This is one of two alleged class actions that have been filed against 7-Eleven under the Illinois Biometric Information Privacy Act ("BIPA") based on substantially overlapping sets of allegations. The other action is pending before Judge Pacold, *Quiroz v. 7-Eleven, Inc.*, Case No. 22 cv 2394 (the "Quiroz Action," and with this action, the "Actions").

2. Plaintiffs filed this action on April 25, 2022. ECF No. 1.

3. 7-Eleven's original deadline for responding to the Complaint was May 24, 2022. On two prior occasions, the Court extended the deadline while 7-Eleven's counsel and counsel for the plaintiffs in each of the Actions have met, conferred, and exchanged information in an effort to streamline or eliminate the need for motion practice. *See* ECF No. 8 (extending deadline to June 23, 2022); ECF No. 11 (extending deadline to July 25, 2022).

4. Since the Court granted the last extension, the parties have continued to meet, confer, and exchange information. On July 8, 2022, counsel for 7-Eleven, counsel for the *Quiroz* plaintiff, and counsel for Plaintiffs jointly attended and participated in a robust meet-and-confer. At that meeting, it was agreed that counsel for the plaintiffs would get back to counsel for 7-Eleven to complete the meet-and-confer process. On July 12, 2022, counsel for the plaintiffs contacted 7-Eleven's counsel and advised that that they would follow up during the week of July 18. Counsel for the parties had further exchanges on July 19 and July 22, and the meet-and-confer process will be finalized on or before July 25, 2022.

5. 7-Eleven respectfully requests that it be allowed two weeks following the completion of the meet-and-confer process, until August 8, 2022, to file any necessary response to the Complaint.[1]

6. 7-Eleven's counsel has discussed the extension with Plaintiffs' counsel, and Plaintiffs do not oppose the request for extension to August 8, 2022.

7. This is 7-Eleven's third request for an extension of time in this matter. 7-Eleven does not intend to seek any further extensions of the deadline to respond to the Complaint.

8. 7-Eleven does not bring this motion to delay the proceedings, and granting the motion will not prejudice any party.

**Therefore**, 7-Eleven respectfully requests that the Court enter an order extending 7-Eleven's time to respond to the Complaint by 14 days, from July 25, 2022, to August 8, 2022.

---

[1] 7-Eleven is filing a similar motion in the Quiroz Action that also seeks to extend the deadline to respond to that complaint through August 8, 2022.

Dated: July 22, 2022                    Respectfully submitted,

                                        7-ELEVEN, INC.

                                        By: /s/ *Eric Roberts*
                                            One of its attorneys

                                        Norman M. Leon (ARDC #06239480)
                                        Raj N. Shah (ARDC #06244821)
                                        Eric M. Roberts (ARDC #6306839)
                                        DLA Piper LLP (US)
                                        444 West Lake Street, Suite 900
                                        Chicago, Illinois 60606
                                        312.368.4000
                                        norman.leon@dlapiper.com
                                        raj.shah@dlapiper.com
                                        eric.roberts@dlapiper.com

**CERTIFICATE OF SERVICE**

      I certify that on July 22, 2022, a true and correct copy of this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

      /s/ *Eric Roberts*