## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PLAINTIFFS RYAN HESS, CAROLYN JOHNSON, THOMAS MCKEE, AND BARBARA MOSS, on behalf of themselves and all others similarly situated, | |
| *Plaintiffs*, | Case No. 1:22-cv-02131 |
| v. | |
| 7-ELEVEN, INC. | Honorable Manish S. Shah |
| *Defendant*. | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ryan Hess, Carolyn Johnson, Thomas McKee, and Barbara Moss, through their undersigned counsel, hereby give notice of voluntary dismissal of the above-captioned action in its entirety, with each party to bear their own attorneys' fee and costs.

Dated: July 25, 2022

Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (847) 208-4585
gklinger@milberg.com

Alexandra M. Honeycutt*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
ahoneycutt@milberg.com

Katrina Carroll
**LYNCH CARPENTER, LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
katrina@lcllp.com

Jonathan M. Jagher
**FREED KANNER LONDON &**
**MILLEN LLC**
923 Fayette St.
Conshohocken, PA 19428
Tel.: (610) 234-6487
Fax: (224) 632-4521
jjagher@fklmlaw.com

*Generally Admitted

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 25th day of July, 2022, I caused a true and correct copy of the

foregoing to be filed with the Clerk of Court via the Court's CM/ECF sysyem, which will cause a

copy to be electronically served ipon all counsel of record.


*/s/ Gary M. Klinger*_____
Gary M. Klinger